DARREN T. BRENNER
Nevada Bar No. 8386
DBrenner@LRLaw.com
LINDSAY DEMAREE
Nevada Bar No. 11949
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for Defendant
*Hartford Insurance Company of the Midwest*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KARYN NUSSBAUM,<br><br>                    Plaintiff,<br><br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, dba THE HARTFORD, DOES I through V, inclusive,<br><br>                    Defendants. | Case No. 2:10-cv-02152-KJD -PAL<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the above-entitle action shall be dismissed with prejudice.

///

///

///

///

///

///

///

///

-1-

IT IS FURTHER STIPULATED that each party shall bear their own costs and attorneys fees.

DATED this 2 day of Feb, 2011.

| CHRISTENSEN LAW OFFICES, LLC | LEWIS AND ROCA LLP |
|---|---|
| BY: /s/ Thomas Christensen<br>THOMAS CHRISTENSEN<br>Nevada Bar No. 2326<br>DAVID F. SAMPSON<br>Nevada Bar No. 6811<br>1000 S. Valley View Blvd.<br>Las Vegas, NV 89107<br>*Attorneys for Plaintiff Karyn Nussbaum* | BY: /s/ Darren T. Brenner<br>DARREN T. BRENNER<br>Nevada Bar No. 8386<br>LINDSAY C. DEMAREE<br>Nevada Bar No. 11949<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant Hartford Insurance Company* |

## ORDER

IT IS SO ORDERED:

DATED: 3/4, 2011.

_____
U.S. DISTRICT COURT JUDGE